UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| STACEY BRUMFIELD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRILOGY MANAGEMENT SERVICES, ) <br> LLC, ) <br> ) <br> Defendant. ) | No. 3:22-cv-00044-RLY-MPB |

**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**

Defendant Trilogy Management Services, LLC, filed a motion to dismiss Counts III and IV of Plaintiff's Complaint. Plaintiff has since filed an Amended Complaint. "When an amended complaint is filed, the prior pleading is withdrawn, and the amended pleading is controlling." *Johnson v. Dossey*, 515 F.3d 778, 780 (7th Cir. 2008). Plaintiff's Amended Complaint thus renders the pending motion moot. Accordingly, Defendant's Motion to Dismiss (Filing No. 12) is **DENIED as MOOT**.

**SO ORDERED** this 19th day of October 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1